HARRY M. DRANDELL #109293
LAW OFFICES OF HARRY M. DRANDELL
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Gerardo Chavez-Orozco

FILED

2005 NOV 29 P 2: 10

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY:

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:   CR-F-04-5328 AWI |
| Plaintiff, ) | |
| v. ) | ORDER DETAINING CARLOS GARCIA-VALENCIA AS A MATERIAL WITNESS, PURSUANT TO 18 U.S.C. §3144 |
| GERARDO CHAVEZ-OROZCO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that Carlos Garcia-Valencia be detained as a material witness pursuant to 18 U.S.C. §3144 until further order of the Court.

Dated: November 29, 2005

_____
HONORABLE ANTHONY W. ISHII
United States District Court Judge